**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1259**
_____

IN RE:  HIGHLAND CONSTRUCTION MANAGEMENT SERVICES, LP,

        Debtor,

--------------------------------------------------------

HIGHLAND CONSTRUCTION MANAGEMENT SERVICES, LP,

        Plaintiff – Appellant,

    v.

WELLS FARGO BANK, NA, for the use and benefit of Jerome
Guyant IRA,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:13-cv-01244-CMH-TRJ; 11-bk-11413-RGM)

_____

Submitted:  September 24, 2014    Decided:  September 25, 2014

_____

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James P. Campbell, CAMPBELL FLANNERY PC, Leesburg, Virginia, for
Appellant.  Neil D. Goldman, GOLDMAN & VAN BEEK, PC, Alexandria,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Highland Construction Mgmt. Servs., LP, appeals from the district court's order affirming the bankruptcy court's order allowing the proof of claim filed by Wells Fargo Bank, NA (FBO Jerome Guyant IRA) as a secured claim, entitled to priority. We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error. Accordingly, we affirm on the reasoning of the courts below. Highland Constr. Mgmt. Servs., LP v. Wells Fargo Bank, N.A., Nos. 1:13-cv-01244-CMH-TRJ; 11-bk-11413-RGM (E.D. Va. filed Feb. 21, 2014, entered Feb. 24, 2014; July 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED